UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. B., a minor by and through his Guardian ad Litem, Judith Ann Birba,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD POLICE OFFICER TAYLOR JOHNSON, CITY OF BRENTWOOD, et al.,<br><br>Defendants. | Case No. **19-cv-08078**<br><br>**ORDER REGARDING SETTLEMENT** |

Plaintiff E.B.'s stipulated motion to approve minor's compromise was considered by this Court. The Court grants the motion and issues the following orders.

**THE COURT ORDERS:**

1. Defendant and/or their Insurers shall cause to be issued a check in the amount of $430,761.75 made payable to "Casper, Meadows, Schwartz & Cook in trust for E.B." and delivered to office of counsel for Plaintiff.

2. Defendants and/or their Insurers shall cause to be issued a check in the amount of $344,238.25 made payable to MetLife Assignment Company, Inc. and mailing the check to Ringler at 590 Lennon Avenue, Suite 180, Walnut Creek, CA 94598.

Both payments are to issue within thirty days of this Court's Order.

**SO ORDERED.**

DATED: January 20, 2021

_____
UNITED STATED MAGISTRATE JUDGE

*E.B., vs. Johnson, et al.* 19-cv-08078
ORDER REGARDING SETTLEMENT

1

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131